In the Matter of the Claim of Elsie G. Tafft, Respondent, against George L. Stafford and Another, Appellants. State Industrial Board, Respondent.— Award affirmed, with costs to the State Industrial Board. Hill, P. J., Rhodes and

Bliss, JJ., concur; Crapser and McNamee, JJ., dissent on the ground that claimant was not engaged in rendering any service to her employer at the time of the accident.